**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Hector Alvarado,** | ) | **CASE NO. 3:16 CV 2563** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| **Vs.** | ) | |
| | ) | |
| **Ohio State Penitentiary,** | ) | <u>Order</u> |
| | ) | |
| **Defendant.** | ) | |

The Report and Recommendation of Magistrate Judge Greenberg (Doc. 6) is accepted without objection.  Accordingly, petitioner's Motion to Proceed *In Forma Pauperis* is denied as discussed therein.

IT IS SO ORDERED.


          /s/ Patricia A. Gaughan
        PATRICIA A. GAUGHAN
        United States District Judge

Dated:  11/14/16